

# Fourth Court of Appeals
## San Antonio, Texas

March 19, 2021

No. 04-20-00585-CV

**IN THE INTEREST OF A.A.G.; J.A.G, III; J.A.G.; S.A.G.; AND J.G.; CHILDREN**

From the 365th Judicial District Court, Maverick County, Texas
Trial Court No. 19-03-37147-MCVAJA
Honorable Amado J. Abascal, III, Judge Presiding

# O R D E R

This is an accelerated appeal of an order terminating appellant's parental rights, which must be disposed of by this Court within 180 days of the date the notice of appeal is filed. Tex. R. Jud. Admin. 6.2. Appellant, A.E., filed her notice of appeal on November 20, 2020. Thus, the 180-day deadline in which this court must dispose of this appeal is May 19, 2021. Appellant's brief was originally due on January 25, 2021.

Appellant is represented on appeal by appointed counsel, Mr. Clay Thomas. On March 3, 2021, we ordered Mr. Clay to file appellant's brief no later than March 22, 2021. On March 19, 2021, Mr. Clay filed appellant's brief and a "Motion for Permission to Late File Appellant's Brief." Because the brief was filed prior to the March 22, 2021 due date, the motion is DENIED AS MOOT.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of March, 2021.

_____
Michael A. Cruz,
Clerk of Court